**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Case No: 05-63542 -SBJ
Case Name: SALON LIV, LLC
Taxpayer ID No: *********2370
For Period Ending: 05/31/07

Trustee Name: BARRY A. CHATZ
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: *********9872 Interest earning MMA Account
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/31/06 | 1 | SASCHAH BIANCHIN | LIQUIDATION OF OTHER SCHEDULED ASSE | 1129-000 | 3,907.67 | | 3,907.67 |
| 02/28/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 2.64 | | 3,910.31 |
| 03/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 3.32 | | 3,913.63 |
| 04/28/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 3.21 | | 3,916.84 |
| 05/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 3.33 | | 3,920.17 |
| 06/30/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 3.22 | | 3,923.39 |
| 07/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 3.33 | | 3,926.72 |
| 08/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 3.34 | | 3,930.06 |
| 09/29/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 3.22 | | 3,933.28 |
| 10/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 3.35 | | 3,936.63 |
| 11/30/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 3.24 | | 3,939.87 |
| 12/29/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 3.34 | | 3,943.21 |
| 01/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 3.35 | | 3,946.56 |
| 02/05/07 | 000301 | INTERNATIONAL SURETIES, LTD. | CHAPTER 7 BOND PREMIUM BOND # 016026455 | 2300-000 | | 3.15 | 3,943.41 |
| 02/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 3.03 | | 3,946.44 |
| 03/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 3.34 | | 3,949.78 |
| 04/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 3.25 | | 3,953.03 |
| 05/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 3.36 | | 3,956.39 |

Page Subtotals 3,959.54 3.15

LFORM24

Page: 2

## FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 05-63542 -SBJ
Case Name: SALON LIV, LLC
Taxpayer ID No: ********2370
For Period Ending: 05/31/07

Trustee Name: BARRY A. CHATZ
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: *******9872 Interest earning MMA Account

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Tran. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|

Interest earning MMA Account - *******9872

| | | |
|---|---|---|
| COLUMN TOTALS | 3,959.54 | 3.15 | 3,956.39 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 3,959.54 | 3.15 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 3,959.54 | 3.15 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| | 3,959.54 | 3.15 | 3,956.39 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals          0.00          0.00

Ver: 11.80