UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Chapter 7 Case |
| | ) | |
| Salon Liv, | ) | Case No. 05 B 63542 |
| | ) | |
| Debtor. | ) | Judge Jack B. Schmetterer |

## NOTICE OF FILING OF U.S. TRUSTEE'S CERTIFICATE OF REVIEW OF TRUSTEE'S FINAL REPORT

To:    Barry A. Chatz
       120 S. Riverside Plaza
       Suite 1200
       Chicago, IL 60606-0000

       **Please Take Notice** that on July 18, 2007, the United States Trustee for the Northern District of Illinois filed with the Clerk of the United States Bankruptcy Court for the Northern District of Illinois the U.S. Trustee's Certificate of Review of the Trustee's Final Report, a copy of which is herewith served upon you.
       The United States Trustee has reviewed the Trustee's Final Report in accordance with the standards set forth in the Memorandum of Understanding dated April 1, 1999, and has no objection to the Trustee's Final Report.

## REQUEST FOR NOTICE

       Pursuant to Fed.R.Bankr.P. 2002(a)(6) and 2002(f)(8), the United States Trustee requests that notice be sent to the debtor, all creditors, any indenture trustee, and the U.S. Trustee of the hearing on application for compensation and reimbursement of expenses, and the trustee's final report.

                                        WILLIAM T. NEARY
                                        UNITED STATES TRUSTEE


DATED:    July 18, 2007          BY:      /s/  Dean C. Harvalis_____
                                        Dean C. Harvalis, Esq.
                                        Assistant United States Trustee
                                        Attorney Id. #03126564
                                        OFFICE OF THE U.S. TRUSTEE
                                        227 WEST MONROE, SUITE 3350
                                        CHICAGO, ILLINOIS  60606
                                        (312) 886-5785


## CERTIFICATE OF SERVICE

       I, Dean C. Harvalis, Assistant United States Trustee, state that pursuant to Section II, B, 4 of the Administrative Procedures for the Case Management/Electronic Case Filing System, service on the Trustee of the above Notice of Filing of U.S. Trustee's Certificate of Review of Trustee's Final Report  was accomplished through the Court's Electronic Notice for Registrants on July 18, 2007.

                                        /s/  Dean Harvalis