UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re ) | Chapter 7 | |
| ) | | |
| SALON LIV, LLC, ) | Case No. 05-63542 | |
| ) | | |
| Debtor. ) | Hon. JACK B. SCHMETTERER | |

**Notice of Trustee's Final Report, Hearing on Applications
for Compensation, and Hearing on the Abandonment
of Property by the Trustee**

To the Debtor, Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

   At: DIRKSEN FEDERAL BUILDING, COURTROOM 682, 219 S. DEARBORN STREET, CHICAGO, ILLINOIS 60604

   On: AUGUST 30, 2007         Time: 10:30A.M.

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

   Receipts                                                                                          $3,959.54

   Disbursements                                                                                        $3.15

   Net Cash Available for Distribution                                              $3,956.39

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

0563542.doc

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| BARRY A. CHATZ, TRUSTEE<br>*Trustee Compensation* | $0.00 | $989.89 | $0.00 |

5. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims must be paid in full for there to be any dividend to general unsecured creditors. No priority claims were filed.

6. Claims of general unsecured creditors totaling $119,057.67 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 2.49%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | PMD | $119,057.67 | $2,966.50 |

7. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

8. The Trustee's Final Report and all applications for compensation are available for inspection at the office of Kenneth S. Gardner, Clerk of the U.S. Bankruptcy Court, or may be viewed on the Court's web site, *www.ilrib.uscourts.gov.* If no objections are filed, the Court will act on the fee applications and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

0563542.doc

9. The Trustee proposes to abandon the following property at the hearing:

| Name of Property | Scheduled Value |
| --- | --- |
| PICTURES | $200.00 |
| OFFICE EQUIPMENT AND FURNISHINGS | $500.00 |
| EQUIPMENT USED IN BUSINESS | $20,000.00 |
| INVENTORY | $1,000.00 |

Dated: AUGUST 1, 2007              For the Court,

By:   KENNETH S. GARDNER
Kenneth S. Gardner
Clerk of the U.S. Bankruptcy Court
219 5. Dearborn Street, 7th Floor
Chicago, IL 60604

Trustee:   Barry A. Chatz
Address:   120 S. Riverside Plaza
           Suite 1200
           Chicago, IL 60606-0000
Phone No.: (312) 876-7100

0563542.doc