UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re ) | Chapter 7 | |
| ) | | |
| SALON LIV, LLC, ) | Case No. 05-63542 | |
| ) | | |
| Debtor. ) | Hon. JACK B. SCHMETTERER | |

**Notice of Trustee's Final Report, Hearing on Applications
for Compensation, and Hearing on the Abandonment
of Property by the Trustee**

To the Debtor, Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

   At:   DIRKSEN FEDERAL BUILDING, COURTROOM 682, 219 S. DEARBORN STREET, CHICAGO, ILLINOIS 60604

   On:   AUGUST 30, 2007          Time: 10:30A.M.

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

   Receipts                                                                $3,959.54

   Disbursements                                                               $3.15

   Net Cash Available for Distribution                                     $3,956.39

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

0563542.doc

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| BARRY A. CHATZ, TRUSTEE<br>*Trustee Compensation* | $0.00 | $989.89 | $0.00 |

5. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims must be paid in full for there to be any dividend to general unsecured creditors. No priority claims were filed.

6. Claims of general unsecured creditors totaling $119,057.67 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 2.49%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | PMD | $119,057.67 | $2,966.50 |

7. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

8. The Trustee's Final Report and all applications for compensation are available for inspection at the office of Kenneth S. Gardner, Clerk of the U.S. Bankruptcy Court, or may be viewed on the Court's web site, *www.ilrib.uscourts.gov.* If no objections are filed, the Court will act on the fee applications and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

0563542.doc

9. The Trustee proposes to abandon the following property at the hearing:

| Name of Property | Scheduled Value |
|---|---|
| PICTURES | $200.00 |
| OFFICE EQUIPMENT AND FURNISHINGS | $500.00 |
| EQUIPMENT USED IN BUSINESS | $20,000.00 |
| INVENTORY | $1,000.00 |

Dated: AUGUST 1, 2007                    For the Court,

                                               By:    KENNETH S. GARDNER
                                                     Kenneth S. Gardner
                                                     Clerk of the U.S. Bankruptcy Court
                                                     219 5. Dearborn Street, 7th Floor
                                                     Chicago, IL 60604

Trustee:     Barry A. Chatz
Address:    120 S. Riverside Plaza
                Suite 1200
                Chicago, IL 60606-0000
Phone No.: (312) 876-7100

0563542.doc

BAE SYSTEMS
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

3542   Doc 25   Filed 08/01/07   Entered 08/04/07 01:35:16   Desc Imaged
Certificate of Service   Page 4 of 4

# CERTIFICATE OF SERVICE

```
District/off: 0752-1          User: amcc7              Page 1 of 1              Date Rcvd: Aug 01, 2007
Case: 05-63542                Form ID: pdf002          Total Served: 6

The following entities were served by first class mail on Aug 03, 2007.
db            +Salon Liv LLC,   C/O Saschah Bianchin,   626 E Indiana St,   Wheaton, IL 60187-1905
aty           +David L. Yanoff,   Law Office of David L. Yanoff,   111 West Washington,   Suite 1221,
                Chicago, IL 60602-3482
aty           +Douglas Petrovic,   Corboy & Demetrio,   33 North Dearborn,   21st Floor,
                Chicago, IL 60602-3192
aty           +James A Young,   James A Young & Associates, Ltd.,    47 DuPage Court,   Elgin, IL 60120-6421
tr            +Barry A Chatz,   Arnstein & Lehr,   120 South Riverside Plaza Ste 1200,   Chicago, IL 60606-3910
10487797      +PMD,   1343 N Wells,   Chicago, IL 60610-2440

The following entities were served by electronic transmission.
NONE.                                                                                           TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 03, 2007**                    **Signature:**  _Joseph Speetjens_